■ RICHARD A. COLE, M.D., Appellant, v NORTH AMERICAN ADMINISTRATORS, INC., Respondent, et al., Defendants. [784 NYS2d 463]—Appeal from an order of the Supreme Court, Chautauqua County (Joseph Gerace, J.), entered October 6, 2003. The order denied plaintiff's motion for leave to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Scudder, JJ.